UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION**

Case No. 2:18-md-2846

Judge Edmund A. Sargus, Jr.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**
*Oliver v. Davol, Inc., et al.*
Case No. 2:20-cv-5361

## ORDER

On December 6, 2019, Plaintiff Yolanda Wells Oliver filed a complaint in the Rhode Island Superior Court under Case No. PC-2019-11824. (ECF No. 3-1). In the complaint, Plaintiff asserts several claims based on alleged injuries caused by a Ventralex hernia mesh device. (*Id.*) On October 12, 2020, through different counsel, Plaintiff filed another complaint in this MDL, also alleging injuries caused by a Ventralex. (ECF No. 1.) On May 17, 2023, Defendants filed a motion to dismiss the instant action as duplicative of Case No. PC-2019-11824. (ECF No. 3.) Plaintiff did not file a response, and the Court will therefore treat the motion as unopposed. Accordingly, Defendants' motion (ECF No. 3) is **GRANTED** and this case is **DISMISSED**.

IT IS SO ORDERED.

**6/20/2023**
**DATE**

s/Edmund A. Sargus, Jr.
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**